# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BELLYARD PARTNERS, LLC, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FALFURRIAS CAPITAL PARTNERS, LP, and GLOBAL PLASMA SOLUTIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 1:24-cv-04128-LMM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BELLYARD PARTNERS, LLC, by and through its counsel, hereby voluntarily dismisses this action *without* prejudice in its entirety. Defendants FALFURRIAS CAPITAL PARTNERS, LP and GLOBAL PLASMA SOLUTIONS, INC. ("Defendants") have not filed an answer or a motion for summary judgment in this action. Accordingly, this matter may be dismissed *without* prejudice and without an Order of the Court.

Respectfully submitted,

Dated: September 19, 2024

**THE KEETON FIRM LLC**

*/s/* Steffan T. Keeton
Steffan T. Keeton (Ga. Bar. No. 588379)
100 S. Commons, Suite 102
Pittsburgh, PA 15212
1-888-412-5291
stkeeton@keetonfirm.com

**REICH & BINSTOCK LLP**
Dennis C. Reich, Esq.*
4265 San Felipe, Suite 1000
Houston, TX 77024
Phone: (713) 622-7271
Fax: (713) 623-8724
dreich@reichandbinstock.com
**pro hac vice* forthcoming

**THE MILLS LAW FIRM**
Michael A. Mills, Esq.*
8811 Gaylord Drive
Suite 200
Houston, TX 77024
Phone: (832) 548-4414
Fax: (832) 327-7443
mickey@millsmediation.com
**pro hac vice* forthcoming

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of September, 2024, a true and correct copy of this Notice was filed with the Court via the Electronic Case Filing System, and was served on all counsel of record through the same means.

/s/ *Steffan T. Keeton*
Steffan T. Keeton
